```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES M. DANIELS,                       :
        Petitioner,                     :
             v.                         : Civil Action No. 06-133J
DAVID GOOD, SUPERINTENDENT,             :
S.C.I. CRESSON, and the ATTORNEY        :
GENERAL OF MARYLAND,                    :
        Respondent                      :
```

<u>MEMORANDUM ORDER</u>

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On June 13, 2006, the Magistrate Judge filed a Report and Recommendation, docket no. 5, recommending that the matter be transferred to the United States District Court for the District of Maryland.

The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed objections on June 19, 2006, docket no. 6, which I have reviewed <u>de novo</u> but reject.

After <u>de novo</u> review of the record of this matter, together with the Report and Recommendation and the timely objections thereto, the following order is entered:

AND NOW, this  30th  day of June, 2006, it is

ORDERED that, pursuant to 28 U.S.C.§ 1404(a), the Clerk shall forthwith transfer this matter to the United States District Court for the District of Maryland for all further proceedings.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

cc:   James M. Daniels GQ-9087
      S.C.I. Cresson
      P.O. Box A
      Cresson, PA 16699-0001